THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA
Special Assistant United States Attorney
California Bar No. 184475

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant,
    Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| RONALD R. SUSCHANK,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV-07-6976 CT<br><br>[PROPOSED]<br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand

DATED: 3/24/08

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE